UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS YODER MILLER,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br><br>　　　　　　　　Defendant. | CASE NO. C17-5475JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　The court GRANTS Plaintiff's *in forma pauperis* application (IFP Mot. (Dkt. # 1)) and ORDERS:

　　　(1)　Plaintiff shall be issued summonses; and

　　　(2)　Plaintiff is responsible for serving the complaint and summonses and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's

//

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 1

1  identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

2  DATED this 20th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　A

　　　　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge