U.S. MAGISTRATE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCUS YODER MILLER,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration<br><br>*Defendant.* | Case No. 3:17-cv-05475-JLR<br><br>ORDER FOR EAJA FEES, EXPENSES AND COSTS |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $9,790.00, expenses in the amount of $20.10 (for postage) and photocopying costs of $5.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 28 USC § 1920 shall be awarded to Plaintiff, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then any check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's

ORDER FOR EAJA FEES, COSTS AND EXPENSES
3:17-CV – 05475-JLR

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219
(503) 560-6788

attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office, as follows:

> Law Office of Nancy J. Meserow
> 7540 S.W. 51st Ave.
> Portland, OR
> 97219

Whether the check is made payable to Plaintiff, or to his attorney, Nancy J. Meserow, any check issued shall be mailed to Attorney Meserow at the address as indicated *supra*.

Dated this 1st day of March, 2018.

_____
District Court Judge James L. Robart

ORDER FOR EAJA FEES, COSTS AND EXPENSES
3:17-CV – 05475-JLR

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219
(503) 560-6788